IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| IVETTE LAN-AYERS, AS MOTHER AND NATURAL GUARDIAN OF HER DAUGHTER, D███ A███, A MINOR, <br><br>*Plaintiff,* <br><br> v. <br><br> METLIFE, INC., and CISCO SYSTEMS, INC., <br><br>*Defendants.* | Underlying Litigation: <br> Civil Case No. 18-cv-13925 <br> United States District Court <br> District of New Jersey |
| METROPOLITAN LIFE INSURANCE COMPANY, <br><br>*Third Party Plaintiff,* <br><br> v. <br><br> D.A., A MINOR, and MELISSA PHILIPS ROHRER, <br><br>*Third Party Defendants.* | |

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
NOV 20 2018
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK
5:18-mc-00025

## MOTION TO COMPEL NON-PARTIES
## JUSTINA CUTLER AND MICHAEL ROHRER
## TO COMPLY WITH PROPERLY SERVED SUBPOENAS

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Third Party Defendant, D.A., a Minor, respectfully moves to compel compliance by non-parties Justina Cutler and Michael Rohrer (the "Witnesses"), who reside in Winchester, Virginia, with Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoenas"), issued from the United States District Court for the District of New

1

Jersey and properly served upon the Witnesses, by ordering the production of all responsive documents requested.

The grounds in support of this motion are set forth in the accompanying memorandum of law and all other pleadings and proceedings had in the underlying litigation and to be had herein.

WHEREFORE, Third Party Defendant, D.A., a Minor, respectfully requests that this Court enter an Order compelling Justina Cutler and Michael Rohrer to comply fully with the Subpoenas, and grant such further relief as this Court deems just and proper.

Dated: November 20, 2018

_____
KEVIN M. ROSE (VSB No. 35930)
MICHAEL W. SHARP (VSB No. 89556)
T. JOEL FRANCIS (VSB No. 92234)
BotkinRose PLC
3190 Peoples Drive
Harrisonburg, VA 22801
(540) 437-0019 (telephone)
(540) 437-0022 (fax)
krose@botkinrose.com
msharp@botkinrose.com
jfrancis@botkinrose.com
*Counsel for Third Party Defendant, D.A., a Minor*

## CERTIFICATE OF SERVICE

A copy of the foregoing, including all incorporated exhibits, was mailed to the following parties on this 20th day of November, 2018:

>Ari G. Bernstein
>Landel, Bernstein & Kalosieh, LLP
>279 Franklin Avenue
>Wyckoff, NJ 07481
>*Attorney for Third Party Defendant, Melissa Phillips Rohrer*

>/s/ Michael W. Sharp
>KEVIN M. ROSE (VSB No. 35930)
>MICHAEL W. SHARP (VSB No. 89556)
>T. JOEL FRANCIS (VSB No. 92234)
>BotkinRose PLC
>3190 Peoples Drive
>Harrisonburg, VA 22801
>(540) 437-0019 (telephone)
>(540) 437-0022 (fax)
>krose@botkinrose.com
>msharp@botkinrose.com
>jfrancis@botkinrose.com
>*Counsel for Third Party Defendant, D.A., a Minor*

3