IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| IVETTE LAN-AYERS, AS MOTHER AND NATURAL GUARDIAN OF HER DAUGHTER, D███ A███, A MINOR, <br><br>*Plaintiff,*<br><br>v.<br><br>METLIFE, INC., and CISCO SYSTEMS, INC.,<br><br>*Defendants.* | Case No. 5:18-mc-00025<br><br>Underlying Litigation:<br>Civil Case No. 18-cv-13925<br>United States District Court<br>District of New Jersey |
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>*Third Party Plaintiff,*<br><br>v.<br><br>D.A., A MINOR, and MELISSA PHILIPS ROHRER,<br><br>*Third Party Defendants.* | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2018, I mailed, by overnight delivery, a copy of a Motion to Compel Non-Parties Justina Cutler and Michael Rohrer to Comply with Properly Served Subpoenas, along with a Memorandum in Support of the Motion, as follows:

>Justina Cutler
>419 Mikey Court
>Winchester, VA 22601

>Michael Rohrer
>435 Mikey Court
>Winchester, VA 22601

Also, I mailed a copy of this Certificate of Service and Motion to Compel to:

Ari G. Bernstein, Esq.
Landel, Bernstein & Kalosieh, LLP
279 Franklin Avenue
Wyckoff, NJ 07481
*Attorney for Third Party Defendant, Melissa Phillips Rohrer*

/s/ Michael W. Sharp
KEVIN M. ROSE (VSB No. 35930)
MICHAEL W. SHARP (VSB No. 89556)
T. JOEL FRANCIS (VSB No. 92234)
BotkinRose PLC
3190 Peoples Drive
Harrisonburg, VA 22801
(540) 437-0019 (telephone)
(540) 437-0022 (fax)
krose@botkinrose.com
msharp@botkinrose.com
jfrancis@botkinrose.com
*Counsel for Third Party Defendant, D.A., a Minor*