IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| IVETTE LAN-AYERS, AS MOTHER AND NATURAL GUARDIAN OF HER DAUGHTER, D███ A███, A MINOR, | ) ) ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) ) | Civil Action No. 5:19-cv-00002-EKD (formerly 5:18-mc-00025-EKD) |
| METLIFE, INC., and CISCO SYSTEMS, INC., | ) ) ) ) | |
| *Defendants.* | ) | Underlying Litigation: Civil Case No. 18-cv-13925 United States District Court District of New Jersey |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | |
| *Third Party Plaintiff,* | ) ) | |
| v. | ) ) | |
| D.A., A MINOR, and MELISSA PHILIPS ROHRER, | ) ) ) | |
| *Third Party Defendants.* | ) | |

**FINAL ORDER**

On January 3, 2019, the court granted the plaintiff's motion to compel two non-parties, Justina Cutler and Michael Rohrer, to comply with a subpoena not later than January 17, 2019. (Order, Dkt. No. 9.) Pursuant to the court's instructions, that order was served on both non-parties via personal service. (Affs. of Service, Dkt. Nos. 10, 11.)

1

On January 16, 2019, plaintiff's counsel advised the court, via letter, that Mr. Rohrer and Ms. Cutler have complied with the subpoenas and the court's order. Accordingly, this matter is fully resolved, and the clerk is directed to strike the case from the active docket of the court.

The clerk is further directed to mail a copy of this order to all counsel of record and to Mr. Rohrer and Ms. Cutler at the addresses set forth on the affidavits of service.

Entered: January 22, 2019.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge